SUSAN D. BRIGHTSON, Appellant, *v.* JOHN CLAFLIN, Respondent.

*Conversion — action to recover for alleged conversion of stock pledged as collateral security for loan.*

*Brightson* v. *Claflin,* 195 App. Div. 929, affirmed.

(Argued March 7, 1922; decided March 21, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 29, 1921, affirming a judgment in favor of plaintiff entered upon the report of a referee. The plaintiff brought this action at law for damages for the alleged conversion of 200 shares of the capital stock of the H. B. Claflin Company and certain uncollected dividends thereon arising from the sale at public auction on May 29, 1907, by the H. B. Claflin Company of said 200 shares of its capital stock which the plaintiff's assignor, George E. Brightson, had pledged with it as collateral security for a loan to him of $20,000, together with the uncollected dividends which had accrued thereon since October 1, 1902. Judgment was rendered in favor of plaintiff for the difference between the value of the stock with dividends thereon on May 29, 1907, and the amount on that date of the indebtedness to secure which the stock had been pledged. (See 225 N. Y. 469.)

*James H. Hickey* and *Barclay E. V. McCarty* for appellant.

*John L. Wilkie, R. L. von Bernuth* and *Douglas M. Black* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.